# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA, STATE OF FLORIDA and ROBERT PARKER,**

**Plaintiffs,**

**v.** **Case No: 6:13-cv-1068-Orl-22TBS**

**SPACE COAST MEDICAL ASSOCIATES, L.L.P., CYNTHIA JEAN BRYANT and BREVARD HEMATOLOGY AND ONCOLOGY CONSULTANTS - LEVINE, ZIMM AND SPRAWLS, M.D., P.A.,**

**Defendants.**

---

## ORDER TO SHOW CAUSE

On July 22, 2013, the Court ordered Plaintiff Robert Parker to serve the United States and the State of Florida with copies of the Complaint and all of the material evidence in this case. (Doc. No. 2.) That Order also required the United States and the State of Florida to state whether they intended to intervene in this case within 60 days of being served. (*Id.*) To date, the State of Florida has not appeared in this case.

On or before September 12, 2014, Plaintiff Parker shall SHOW CAUSE why the State of Florida should not be dismissed as a plaintiff in this action.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 4, 2014.

Anne C. Conway
ANNE C. CONWAY
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties