**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA and STATE OF FLORIDA *ex rel*. ROBERT PARKER,
Plaintiffs/Relator,

v.

SPACE COAST MEDICAL ASSOCIATES, L.L.P., DR. CYNTHIA JEAN BRYANT, and BREVARD HEMATOLOGY AND ONCOLOGY CONSULTANTS - LEVINE, ZIMM AND SPRAWLS, M.D., P.A. aka SPACE COAST CANCER CENTER,
Defendants.

Case No.: 6:13-cv-01068-ACC-TBS

**PLAINTIFF-RELATOR'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff-Relator Robert Parker ("Relator") hereby responds to the Court's Order to Show Cause dated September 4, 2014 (Doc. No. 45), and, for the reasons stated herein, respectfully requests that the Court not dismiss this action as to the State of Florida.

1. On July 22, 2013, the Court ordered Relator to serve … the State of Florida with copies of the Complaint and all of the material evidence in this case. (Doc. No. 2.)

2. Relator complied with the Order dated July 22, 2013 (Doc. No. 2) as follows:

   a. On June 28, 2013, Relator served his Disclosure Statement containing the material evidence in this case on the Attorney General of Florida, Pam Bondi, and the Chief Financial Officer of Florida, Jeff Atwater.

   b. On July 15, 2013, Relator served the Complaint and an additional copy of the Disclosure Statement on the Attorney General of Florida, Pam Bondi, and the Chief Financial Officer of Florida, Jeff Atwater.

c. On July 26, 2013, Relator served the Order dated July 22, 2013 (Doc. No. 2) on the Attorney General of Florida, Pam Bondi, and the Chief Financial Officer of Florida, Jeff Atwater.

3. The Order dated July 22, 2013 also required the State of Florida to state whether it intended to intervene in this case within 60 days. (Doc. No. 2.)

4. On September 11, 2014, the State of Florida filed The State of Florida's Notice of Election to Decline Intervention (Doc. No. 47), which respectfully notified the Court that the State of Florida:

   a. Elects to decline intervention in the action;

   b. Allows the Relator to conduct the action; and

   c. Reserves its right to obtain any pleadings, motions, and copies of deposition transcripts upon request, as well as to intervene at a later date for good cause.

5. No prejudice, delay, or harm resulted from the State of Florida's delay in providing notice of its decision to decline intervention, which appears to have been caused by interagency miscommunication and clerical oversight, and it would be in the interest of justice to allow this case to proceed on the merits.

6. In light of the foregoing, Relator respectfully requests that the Court not dismiss this action as to the State of Florida.

*s/ Colin M. Campbell*
Colin M. Campbell
Florida Bar No.: 0083802
Co-Counsel for Plaintiff-Relator
Campbell Law P.A.
1980 N Atlantic Ave Ste 607
Cocoa Beach, FL 32931

Phone: 407.900.4004
Fax: 407.477.4144
service@campbellpa.com

**CERTIFICATE OF SERVICE**

I certify that on September 12, 2014, I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of the electronic filing to the following: *United States of America* represented by Assistant U.S. Attorney Katherine M. Ho at katherine.ho@usdoj.gov, ORLDOCKET.Mailbox @usdoj.gov, and usaflm.orl_ecf@usdoj.gov; *State Of Florida* represented by Assistant Attorney General Magdalena Ozarowski at magdalena.ozarowski@myfloridalegal.com; *Plaintiff-Relator* represented by Attorney Charles C. Campbell at charles@campbellpa.com and service@campbellpa.com, Attorney Colin M. Campbell at colin@campbellpa.com and service@campbellpa.com, Attorney Manuel L. Dobrinsky at MDobrinsky@fdlaw.net, and Attorney James A. Hannon at jhannon@hannonboyers.com and igarcia@hannonboyers.com; and *Defendants* represented by Attorney Brian A. Newman at brian@penningtonlaw.com and kowens@penningtonlaw.com, Attorney William D. Horgan at whorgan@penningtonlaw.com and csykes@penningtonlaw.com, Attorney Alan E. Reider at alan.reider@aporter.com, Attorney Mark D. Colley at mark.colley@aporter.com, and Murad Hussain at murad.hussain@aporter.com.

*s/ Colin M. Campbell*
Colin M. Campbell, Esq.