# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA, STATE OF FLORIDA and ROBERT PARKER,**

**Plaintiffs,**

**v.** **Case No: 6:13-cv-1068-Orl-22TBS**

**SPACE COAST MEDICAL ASSOCIATES, L.L.P., CYNTHIA JEAN BRYANT and BREVARD HEMATOLOGY AND ONCOLOGY CONSULTANTS - LEVINE, ZIMM AND SPRAWLS, M.D., P.A.,**

**Defendants.**

---

## ORDER

This cause comes before the Court on Defendants' Consolidated Motion to Dismiss Relator's Complaint (Doc. No. 43). No opposition has been filed. (M.D. Loc. R. 3.01(b)).

Based on the foregoing, it is ordered as follows:

1. No later than September 30, 2014 the United States shall advise the Court as to whether it consents to the dismissal of this action, and its reasons for consenting. 31 U.S.C. §3730(b)(1).

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 22, 2014.

Anne C. Conway

ANNE C. CONWAY
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties