**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF FLORIDA *ex rel*. ROBERT PARKER, | ) | |
| Plaintiffs/Relator, | ) | |
| v. | ) | Case No.: 6:13-cv-01068-ACC-TBS |
| SPACE COAST MEDICAL ASSOCIATES, L.L.P., DR. CYNTHIA JEAN BRYANT, and BREVARD HEMATOLOGY AND ONCOLOGY CONSULTANTS - LEVINE, ZIMM AND SPRAWLS, M.D., P.A. aka SPACE COAST CANCER CENTER, | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**<u>TO RESPOND TO DEFENDANTS' MOTION TO DISMISS</u>**

Plaintiff-Relator Robert Parker (hereinafter "Plaintiff-Relator"), hereby files this Unopposed Motion For Extension of Time to Respond to Defendants' Motion to Dismiss pursuant to Rule 6(b)(1)(A), Fed. R. Civ. P., based on the following grounds.

Plaintiff-Relator requests and Defendants do not oppose extending the deadline for responding to Defendants' Consolidated Motion to Dismiss Relator's Amended Complaint (Doc. No. 55) to five days beyond the date this Court rules on the pending Motion for Leave to File Second Amended Complaint in order to Add a Plaintiff-Relator (Doc. No. 54).

**MEMORANDUM OF LAW**

On September 29, 2014, Plaintiff-Relator filed a Motion for Leave to File Second Amended Complaint in order to Add a Plaintiff-Relator (hereinafter "Motion for Leave to File a Second Amended Complaint") (Doc. No. 54). The Motion for Leave to File a Second Amended Complaint is ripe for review given the filing of Defendants' Opposition to Relator's Motion for Leave to File a Second Amended Complaint to Add a Plaintiff-Relator (Doc. No. 57) on October 14, 2014.

On October 7, 2014 (subsequent to the Motion for Leave to File a Second Amended Complaint), Defendants filed Defendants' Consolidated Motion to Dismiss Relator's Amended Complaint (hereinafter "Motion to Dismiss") (Doc. No. 55). Accordingly, Plaintiff-Relator's deadline to respond to the Motion to Dismiss is October 21, 2014.

Matters impacting the efficient resolution of cases before the Court, including the extension of various deadlines, fall with the Court's inherent and discretionary authority and may be granted upon a showing of good cause. *See* Fed. R. Civ. P. 6(b). This Motion is made in good faith (not for the purposes of delay), and the requested extension of time will not prejudice any party to this lawsuit. Resolution of the earlier-filed Motion for Leave to File a Second Amended Complaint (Doc. No. 54) prior to the Motion to Dismiss (Doc. No. 55) would save this Court as well as the parties time and resources and it will facilitate a more efficient disposition of this matter.

**WHEREFORE**, Plaintiff-Relator respectfully requests that this Honorable Court enter an Order granting Plaintiff-Relator's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss and order that a response may be filed by no later than five days beyond the date this Court rules on the pending Motion for Leave to File Second Amended Complaint in order to Add a Plaintiff-Relator (Doc. No. 54).

Respectfully submitted,

*s/ Colin M. Campbell*
Colin M. Campbell
Florida Bar No.: 0083802
Co-Counsel for Plaintiff-Relator
Campbell Law P.A.
1980 N Atlantic Ave Ste 607
Cocoa Beach, FL 32931
Phone: 407.900.4004
Fax: 407.477.4144
service@campbellpa.com

## CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 3.01(G)

I certify that counsel for Plaintiff-Relator conferred with counsel for Defendants, which stated that Defendants will not oppose the relief requested in this Motion.

*s/ Colin M. Campbell*
Colin M. Campbell, Esq.

## CERTIFICATE OF SERVICE

I certify that on October 21, 2014 I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

*s/ Colin M. Campbell*
Colin M. Campbell, Esq.