UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA and STATE OF FLORIDA ex rel. ROBERT PARKER,

Plaintiffs/Relator,

v. Case No. 6:13-cv-1068-Orl-22TBS

SPACE COAST MEDICAL ASSOCIATES, L.L.P., DR. CYNTHIA JEAN BRYANT, and BREVARD HEMATOLOGY AND ONCOLOGY CONSULTANTS - LEVINE, ZIMM AND SPRAWLS, M.D., P.A. a/k/a SPACE COAST CANCER CENTER,

Defendants.
_______________________________________/

ORDER

This case comes before the Court on Plaintiff/Relator Robert Parker's Unopposed Motion for an Extension of Time to Respond to Defendants' Motion to Dismiss (Doc. 58). Parker seeks an order extending the time for him to respond to Defendants' Consolidated Motion to Dismiss Relator's Amended Complaint (Doc. 55). As grounds, he argues that resolution by the Court of his opposed Motion for Leave to File Second Amended Complaint in Order to Add a Plaintiff-Relator (Doc. 54) before the motion to dismiss is decided is a more efficient manner in which to proceed. Defendants do not oppose the motion for extension of time. The Court finds that a reasonable, but not open-ended extension of time is appropriate. Accordingly, the motion is GRANTED in part. Parker has until the earlier of five days beyond the date the Court rules on his pending motion for leave to file a second amended complaint, or November 10, 2014 within to file his response to the Defendants' consolidated

motion to dismiss. In all other respects, Parker's motion for an extension of time is DENIED.

DONE AND ORDERED in Orlando, Florida, on October 21, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel