**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA and STATE OF FLORIDA *ex rel.* ROBERT PARKER, *et al.*,**

**Plaintiffs/Relators,**

**Case No.: 6:13-CV-1068-ORL-22TBS**

**v.**

**SPACE COAST MEDICAL ASSOCIATES, L.L.P., *et al.*,**

**Defendants.**
______________________________________/

**DEFENDANTS' CONSOLIDATED MOTION FOR LEAVE TO FILE REPLY TO RELATORS' RESPONSE TO THE MOTION TO DISMISS RELATORS' SECOND AMENDED COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to Local Rule 3.01(c), Defendants Space Coast Medical Associates, L.L.P. ("SCMA"), Dr. Cynthia Jean Bryant, and Brevard Hematology and Oncology Consultants – Levine, Zimm, and Sprawls, M.D., P.A. *aka* Space Coast Cancer Center (collectively, "Defendants"), by and through undersigned counsel, move for leave to file a reply to Relators' Response to Defendants' Motion to Dismiss the Second Amended Complaint (Doc. 68), not to exceed 10 pages, on or before December 8, 2014. Undersigned counsel has spoken with opposing counsel, who does not consent to the relief sought in this motion. In support of this motion, Defendants state as follows:

1. On September 2, 2014, Defendants moved to dismiss the original Complaint. (Doc. 43.) Rather than respond, Relator Robert Parker ("Parker") three weeks later filed an Amended Complaint. (Doc. 51.)

2. On October 7, 2014, Defendants moved to dismiss Parker's Amended Complaint, essentially repeating the first dismissal motion. (Doc. 55.) Parker did not respond.

3. On October 22, 2014, the Court granted leave to add co-plaintiff Scheer (Doc. 60), and a week later Relators filed the Second Amended Complaint ("Complaint"), which Defendants moved to dismiss, again largely reiterating the first and second motions to dismiss. (Docs. 61, 65.)

4. On the evening of Friday, November 28, 2014, Relators filed their response in opposition to Defendants' third motion to dismiss. (Doc. 68.) Relators' response raises arguments regarding, *inter alia*, Defendants' alleged non-compliance with government regulations and Relators' supposed knowledge of false claims for government payment.

## MEMORANDUM OF LAW

Local Rule 3.01(c) requires that a movant obtain the Court's leave before filing a reply brief. Good cause exists to grant this motion.

Defendants' reply will assist the Court in making a reasoned and informed decision on the pending motion to dismiss. Defendants' dismissal motion established that the Complaint does not advance any legal basis for relief. Relators' response obscures the legal issues by restating their allegations while ignoring the actual text of relevant regulatory authorities. Relators' response also newly insists that this case involves false claims for a fifth type of procedure, "IGRT," even though no complaint has ever specifically alleged that false claims were submitted for IGRT treatments. Defendants' proposed reply would, *inter alia*:

- Clarify the relevant statutory and regulatory framework by correcting Relators' misstatements about (1) the supervision and billing requirements for various radiation treatments, (2) the requirements for physician identification in claim forms, and (3) the law governing reverse false claims;

- Explain why Relators have not alleged the violation of any clearly defined condition of payment, such that they have not alleged any knowing false claim or false statement necessary for a False Claims Act violation;

- Respond to Relators' new arguments regarding IGRT treatments; and

- Address Relators' failure to identify specific false claims or false statements in the context of the emerging case law regarding Rule 9(b)'s particularity requirement.

Relators had almost three months to prepare a response to Defendants' dismissal arguments, which have been presented repeatedly in three motions to dismiss. Given Relators' substantial time advantage, and because modest further briefing would assist the Court's review of the intricate regulatory questions presented, Defendants should be permitted to file a short reply.

Dated: December 1, 2014

Respectfully submitted,

/s/ William D. Horgan
Brian Newman (FBN: 004758)
William D. Horgan (FBN: 176877)
PENNINGTON, P.A.
215 S. Monroe Street, 2nd Floor (32301)
P.O. Box 10095 (32302-2095)
Tallahassee, FL
Telephone: (850) 222-3533
Fax: (850) 222-2126
bnewman@penningtonlaw.com
whorgan@penningtonlaw.com

/s/ Mark D. Colley
Mark D. Colley (*pro hac vice*)
Alan E. Reider (*pro hac vice*)
Murad Hussain (*pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Fax: (202) 942-5999
Mark.Colley@aporter.com
Alan.Reider@aporter.com
Murad.Hussain@aporter.com

*Counsel for Defendants Space Coast Medical Associates, L.L.P., Dr. Cynthia Jean Bryant, and Brevard Hematology and Oncology Consultants – Levine, Zimm, and Sprawls, M.D., P.A. aka Space Coast Cancer Center*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2014, I served all parties by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ William D. Horgan
Brian Newman (FBN: 004758)
William D. Horgan (FBN: 176877)
PENNINGTON, P.A.
215 S. Monroe Street, 2nd Floor (32301)
P.O. Box 10095 (32302-2095)
Tallahassee, FL
Telephone: (850) 222-3533
Fax: (850) 222-2126
bnewman@penningtonlaw.com
whorgan@penningtonlaw.com
*Counsel for Defendants*