# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA, STATE OF FLORIDA, ROBERT PARKER and THOMAS SCHEER,**

**Plaintiffs,**

**v.** **Case No: 6:13-cv-1068-Orl-22TBS**

**SPACE COAST MEDICAL ASSOCIATES, L.L.P., CYNTHIA JEAN BRYANT and BREVARD HEMATOLOGY AND ONCOLOGY CONSULTANTS - LEVINE, ZIMM AND SPRAWLS, M.D., P.A.,**

**Defendants.**

---

## ORDER OF DISMISSAL

Plaintiffs, having failed to file a Third Amended Complaint as directed by the Court's February 6, 2015 Order, it is ORDERED that this case is DISMISSED with prejudice. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 3, 2015.

Anne C. Conway
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record