# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA, STATE OF FLORIDA, ROBERT PARKER and THOMAS SCHEER,**

**Plaintiffs,**

**v.** **Case No: 6:13-cv-1068-Orl-22TBS**

**SPACE COAST MEDICAL ASSOCIATES, L.L.P., CYNTHIA JEAN BRYANT and BREVARD HEMATOLOGY AND ONCOLOGY CONSULTANTS - LEVINE, ZIMM AND SPRAWLS, M.D., P.A.,**

**Defendants.**

---

## ORDER

This cause comes before the Court on the United States' Motion for Clarification (Doc. No. 76) of the Court's Order dismissing this action (Doc. No. 75) to confirm that the dismissal was without prejudice as to the United States. It was. *See Urquilla-Diaz v. Kaplan Univ.*¸ --- F.3d ----, 2015 WL 1037084, at *14, 21 (11th Cir. 2015) (modifying district court's dismissal of False Claims Act case to be without prejudice as to the Government).

Based on the foregoing, it is ordered as follows:

1. The Motion for Clarification, filed March 6, 2015, is **GRANTED** as provided herein.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 1, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties